# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL LEECH, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NATIONAL INTERSTATE INSURANCE )<br>COMPANY, et al., )<br>)<br>Defendants. ) | Cause No. 2:17-cv-508-WTL-MJD |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Defendant Economical Mutual Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint for Declaratory Judgment (Dkt. No. 91). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation as set forth in Docket Number 91 in its entirety.

SO ORDERED: 8/22/18

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification